Andrew F. Pierce, Esq. (State Bar No. 101889)
Stacy North, Esq. (State Bar No. 219034)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA  94303
Phone (650) 843-1900
Fax     (650) 843-1999
E-Mail:  apierce@pierceshearer.com
             stacy@pierceshearer.com

Attorneys for Plaintiff DREW KLAUSNER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| DREW KLAUSNER, an individual,<br><br>Plaintiff<br><br>vs.<br><br>LUCAS FILM ENTERTAINMENT COMPANY LTD, a California corporation; INDUSTRIAL LIGHT & MAGIC, a California corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  C 09-03502 CW<br><br>**AMENDED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS STATE LAW CLAIMS** |

In this employment discrimination lawsuit, Plaintiff Drew Klausner alleges that Defendants Lucas Film Entertainment, Ltd. and Industrial Light and Magic (ILM) violated several state and federal anti-discrimination laws.  Plaintiff alleges that he was terminated from his employment because of age discrimination and that he was retaliated against for taking a leave of absence and complaining about discriminatory treatment.  Defendants move to dismiss Plaintiff's state law claims on the grounds that they are barred by the federal enclave doctrine.

Plaintiff opposes the motion.  Having considered all of the papers filed by the parties, the Court grants Defendants' motion as follows:

    The Court dismisses Plaintiff's first through fourth causes of action and the California Government Code § 12940 allegations in the sixth cause of action.  The sixth cause of action for retaliation in violation of the Age Discrimination and Employment Act, USC §§ 621-634 is not dismissed.

IT IS SO ORDERED.

Dated:  April 14, 2010

                                        HON. CLAUDIA WILKEN

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999