ROBERT M. LIEBER, ESQ. SBN: 039976
NAKI M. IRVIN, ESQ. SBN: 094120
MARGOLIS & TISMAN LLP
601 Montgomery Street, Suite 2030
Telephone: (415) 986-2144
Facsimile: (415) 986-4461
Email: rlieber@winlaw.com
       nakim@winlaw.com

Attorneys for Defendant
INDUSTRIAL LIGHT AND MAGIC, a division of
LUCASFILM ENTERTAINMENT COMPANY LTD.


ANDREW F. PIERCE, ESQ. SBN: 101889
STACY NORTH, ESQ. SBN: 219034
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303
Telephone: (650) 843-1900
Facsimile: (650) 843-1999
Email: apierce@pierceshearer.com
       stacy@pierceshearer.com

Attorneys for Plaintiff
DREW KLAUSNER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DREW KLAUSNER;<br><br>    Plaintiff,<br><br>v.<br><br>INDUSTRIAL LIGHT AND MAGIC, a division of LUCASFILM ENTERTAINMENT COMPANY LTD. and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. **CV 09-03502-CW**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY DEADLINES & [PROPOSED] ORDER; DECLARATION OF NAKI M. IRVIN**<br><br>[Civ. L.R. 6-2]<br><br>Action Filed: July 30, 2009<br>Trial Date: April 11, 2011 |

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY DEADLINES        Case No. CV 09-03502-CW

## STIPULATION OF THE PARTIES

WHEREAS, pursuant to the Court's Case Management Order dated December 1, 2009 (docket no. 21), the deadline to disclose the identities and reports of expert witnesses in this case is June 18, 2010, and the deadline to complete expert discovery is July 19, 2010;

WHEREAS, the trial of this action is not scheduled to begin until April 11, 2011;

WHEREAS, fact discovery is not scheduled to be completed until June 18, 2010;

WHEREAS, the parties' expert witnesses cannot prepare complete reports of all their opinions in this matter until after they have had an opportunity to review fact discovery;

WHEREAS, there have been no previous time modifications in this case;

WHEREAS, continuing the expert discovery deadlines would not delay the trial date or otherwise affect the schedule for this case;

THEREFORE, pursuant to Civil Local Rule 6-2, the parties to this action, by and through their counsel of record, do HEREBY STIPULATE AND REQUEST THE COURT TO ORDER as follows:

(1) The deadline to disclose the identities and reports of expert witnesses is extended from June 18, 2010 to August 31, 2010; and

(2) The deadline to complete expert discovery is extended from July 19, 2010 to October 1, 2010.

//
//
//
//
//
//
//
//

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY DEADLINES        Case No. CV 09-03502-CW

IT IS SO STIPULATED.

DATED: May 19, 2010                MARGOLIS & TISMAN LLP

                                   By:    /s/ Naki M. Irvin
                                          NAKI M. IRVIN

                                   Attorneys for Defendant
                                   INDUSTRIAL LIGHT AND MAGIC, a
                                   division of LUCASFILM ENTERTAINMENT
                                   COMPANY LTD.

DATED: May 19, 2010                PIERCE & SHEARER LLP

                                   By:    /s/ Stacy North
                                          STACY NORTH

                                   Attorneys for Plaintiff
                                   DREW KLAUSNER

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

(1) The deadline to disclose the identities and reports of expert witnesses is extended from June 18, 2010 to August 31, 2010; and

(2) The deadline to complete expert discovery is extended from July 19, 2010 to October 1, 2010.

DATED: _5/27/2010_____              _____
                                    HON. CLAUDIA WILKEN
                                    United States District Court Judge

2

STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY DEADLINES      Case No. CV 09-03502-CW

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

**DECLARATION OF NAKI M. IRVIN**

I, Naki M. Irvin, declare as follows:

1. I have personal knowledge of the facts set forth below.

1. I am a partner with Margolis & Tisman LLP, which is counsel of record in this action for Defendant Industrial Light & Magic, a division of Lucasfilm Entertainment Company Ltd. ("Defendant").  Pursuant to Civil Local Rule 6-2(a), I am making this declaration to accompany the parties' stipulated request for an order changing the expert discovery deadlines in this case.

2. The reason for the requested enlargement of time is that the expert witnesses cannot prepare complete reports of all their opinions in this matter until after they have had an opportunity to review fact discovery.  Pursuant to the Court's December 1, 2009 Case Management Order (docket no. 21), fact discovery is not scheduled to be completed until June 18, 2010.

3. There have been no prior time modifications in this case.

4. The requested time modification will not delay the trial, which is not scheduled to begin until April 11, 2010, or otherwise affect the schedule for this case.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed this 19th day of May, 2010, at San Francisco, California.

　/s/ Naki M. Irvin
NAKI M. IRVIN

3

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY DEADLINES          Case No. CV 09-03502-CW

Printed on Recycled Paper