1   ROBERT M. LIEBER, ESQ.  SBN: 039976
    NAKI M. IRVIN, ESQ. SBN: 094120
2   MARGOLIS & TISMAN LLP
    601 Montgomery Street, Suite 2030
3   Telephone: (415) 986-2144
    Facsimile: (415) 986-4461
4   Email: rlieber@winlaw.com
            nakim@winlaw.com
5

6   Attorneys for Defendant
    INDUSTRIAL LIGHT AND MAGIC, a division of
7   LUCASFILM ENTERTAINMENT COMPANY LTD.

8   ANDREW F. PIERCE, ESQ. SBN: 101889
    STACY NORTH, ESQ. SBN: 219034
9   PIERCE & SHEARER LLP
    2483 E. Bayshore Road, Suite 202
10  Palo Alto, CA 94303
    Telephone: (650) 843-1900
11  Facsimile: (650) 843-1999
    Email: apierce@pierceshearer.com
12          stacy@pierceshearer.com

13  Attorneys for Plaintiff
    DREW KLAUSNER
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                  OAKLAND DIVISION

18

19  DREW KLAUSNER;                     Case No. **CV 09-03502-CW**

20          Plaintiff,                 **STIPULATED REQUEST FOR ORDER**
                                        **CHANGING DEADLINE TO COMPLETE**
21      v.                             **FACT DISCOVERY & ORDER;**
                                        **DECLARATION OF NAKI M. IRVIN**
22

23  INDUSTRIAL LIGHT AND MAGIC, a      **[Fed. R. Civ. Proc. 29; Civ. L.R. 6-2]**
    division of LUCASFILM ENTERTAINMENT
24  COMPANY LTD. and DOES 1 through 25,
    inclusive,
25
            Defendants.                Action Filed:  July 30, 2009
26                                      Trial Date:  April 11, 2011

27

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
─────
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

♻
Printed on Recycled Paper

## STIPULATION OF THE PARTIES

WHEREAS, pursuant to the Court's Case Management Order dated December 1, 2009 (docket no. 21), the deadline to complete fact discovery in this case is currently June 18, 2010;

WHEREAS, the trial of this action is not scheduled to begin until April 11, 2011;

WHEREAS, the parties desire to depose additional fact witnesses and extend the time to complete fact discovery;

WHEREAS, Defendant's counsel is in trial in June 2010;

WHEREAS, the only prior time modification in this case has been an extension of the expert discovery deadlines, and there has been no previous extension of the time to complete fact discovery;

WHEREAS, continuing the deadline to complete fact discovery would not delay the trial date or otherwise affect the schedule for this case;

THEREFORE, pursuant to Federal Rule of Civil Procedure 29 and Civil Local Rule 6-2, the parties to this action, by and through their counsel of record, do HEREBY STIPULATE AND REQUEST THE COURT TO ORDER that the deadline to complete fact discovery is extended from June 18, 2010 to July 31, 2010.

//

//

//

//

//

//

//

//

//

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
——————
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

1

1    IT IS SO STIPULATED.

2    DATED: May 28, 2010                    MARGOLIS & TISMAN LLP

3                                           By:     /s/  Naki M. Irvin
                                                    NAKI M. IRVIN
4

5                                           Attorneys for Defendant
                                            INDUSTRIAL LIGHT AND MAGIC, a
6                                           division of LUCASFILM ENTERTAINMENT
                                            COMPANY LTD.
7
     DATED: May 28, 2010                    PIERCE & SHEARER LLP
8
                                            By:     /s/  Stacy North
9                                                   STACY NORTH
                                            Attorneys for Plaintiff
10                                          DREW KLAUSNER

11

12                                  **ORDER**

13          PURSUANT TO STIPULATION, IT IS SO ORDERED.

14          The deadline to complete fact discovery is extended from June 18, 2010 to July 31, 2010.

15

16   DATED: 6/1/2010

17                                          HON. CLAUDIA WILKEN
                                            United States District Court Judge
18

19

20

21

22

23

24

25

26

27

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
———
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

2

Printed on Recycled Paper

STIPULATED REQUEST FOR ORDER CHANGING FACT DISCOVERY DEADLINE        Case No. CV 09-03502-CW

**DECLARATION OF NAKI M. IRVIN**

I, Naki M. Irvin, declare as follows:

1.      I have personal knowledge of the facts set forth below.

1.      I am a partner with Margolis & Tisman LLP, which is counsel of record in this action for Defendant Industrial Light & Magic, a division of Lucasfilm Entertainment Company Ltd. ("Defendant").  Pursuant to Civil Local Rule 6-2(a), I make this declaration to accompany the parties' stipulated request for an order changing the fact discovery deadlines in this case.

2.      The reason for the requested enlargement of time is that the parties require additional time to complete fact discovery, including depositions of fact witnesses.  Plaintiff noticed the depositions of four party witnesses to occur in June 2010.  However, Defendant's lead counsel, Robert Lieber, and I are engaged in a jury trial for another case in June 2010.  Plaintiff's counsel has agreed to reschedule the depositions to occur in July 2010.

3.      The expert discovery deadlines were continued by the Court's order dated May 27, 2010.  There have been no other time modifications in this case.

4.      The requested time modification will not delay the trial, which is not scheduled to begin until April 11, 2010, or otherwise affect the schedule for this case.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed this 28th day of May, 2010, at San Francisco, California.

          /s/ Naki M. Irvin
         NAKI M. IRVIN

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
———
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

3