1  ROBERT M. LIEBER, ESQ.  SBN: 039976
   NAKI M. IRVIN, ESQ. SBN: 094120
2  MARGOLIS & TISMAN LLP
   601 Montgomery Street, Suite 2030
3  Telephone: (415) 986-2144
   Facsimile: (415) 986-4461
4  Email: rlieber@winlaw.com
          nakim@winlaw.com
5
   Attorneys for Defendant
6  INDUSTRIAL LIGHT AND MAGIC, a division of
   LUCASFILM ENTERTAINMENT COMPANY LTD.
7

8  ANDREW F. PIERCE, ESQ. SBN: 101889
   STACY NORTH, ESQ. SBN: 219034
9  PIERCE & SHEARER LLP
   2483 E. Bayshore Road, Suite 202
10 Palo Alto, CA 94303
   Telephone: (650) 843-1900
11 Facsimile: (650) 843-1999
   Email: apierce@pierceshearer.com
12        stacy@pierceshearer.com

13 Attorneys for Plaintiff
   DREW KLAUSNER
14

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                          **OAKLAND DIVISION**

18

| | |
|---|---|
| 19  DREW KLAUSNER; | Case No. **CV 09-03502-CW** |
| 20        Plaintiff, | **STIPULATION EXTENDING DEADLINE TO FILE MOTIONS TO COMPEL FACT DISCOVERY & ORDER** |
| 21     v. | |
| 22 | **[Civ. L.R. 6-2, 37-2]** |
| 23  INDUSTRIAL LIGHT AND MAGIC, a division of LUCASFILM ENTERTAINMENT COMPANY LTD. and DOES 1 through 25, inclusive, | |
| 24 | |
| 25        Defendants. | Action Filed: July 30, 2009<br>Trial Date: April 11, 2011 |
| 26 | |

27

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

**STIPULATION RE MOTION TO COMPEL DEADLINE**                              **Case No. CV 09-03502-CW**

## STIPULATION OF THE PARTIES

WHEREAS, the deadline to complete fact discovery in this action was continued to July 31, 2010, and the deadline to file motions to compel fact discovery is currently August 9, 2010, pursuant to Civil Local Rule 37-2 and Federal Rule of Civil Procedure 6;

WHEREAS, the Parties wish to have additional time to meet and confer about fact discovery in an attempt to informally resolve all issues between them without filing motions to compel;

THEREFORE, pursuant to Civil Local Rule 6-2, the Parties to this action, by and through their counsel of record, hereby stipulate and request the Court to order that the deadline to file any motions to compel fact discovery is extended to and including September 30, 2010.

IT IS SO STIPULATED.

DATED: August 5, 2010          MARGOLIS & TISMAN LLP

                                             By:     /s/ Naki M. Irvin
                                                          NAKI M. IRVIN

                                             Attorneys for Defendant
                                             INDUSTRIAL LIGHT AND MAGIC, a
                                             division of LUCASFILM ENTERTAINMENT
                                             COMPANY LTD.

DATED: August 5, 2010          PIERCE & SHEARER LLP

                                             By:     /s/ Stacy Y. North
                                                          STACY Y. NORTH
                                             Attorneys for Plaintiff
                                             DREW KLAUSNER

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/12/2010          _____
                                          HON. CLAUDIA WILKEN
                                          United States District Court Judge

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

1

STIPULATION RE MOTION TO COMPEL DEADLINE          Case No. CV 09-03502-CW

Printed on Recycled Paper

## **DECLARATION OF NAKI M. IRVIN**

I, Naki M. Irvin, declare as follows:

1. I have personal knowledge of the facts set forth below.

2. I am a partner with Margolis & Tisman LLP, which is counsel of record in this action for Defendant Industrial Light & Magic, a division of Lucasfilm Entertainment Company Ltd. Pursuant to Civil Local Rule 6-2(a), I make this declaration to accompany the stipulated request to extend the deadline to move to compel fact discovery.

3. The reason for this stipulated request is that the Parties wish to have additional time to meet and confer about fact discovery in an attempt to informally resolve all issues between them without filing motions to compel.

4. The only previous time modifications in this case have been stipulated extensions of fact and expert discovery deadlines.

5. The requested time modification will not delay the trial, which is not scheduled to begin until April 11, 2010, or otherwise affect the schedule for this case.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed this 5th day of August, 2010, at San Francisco, California.

  /s/ Naki M. Irvin
NAKI M. IRVIN

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

2

STIPULATION RE MOTION TO COMPEL DEADLINE    Case No. CV 09-03502-CW