1  ROBERT M. LIEBER, ESQ. SBN: 039976
   NAKI M. IRVIN, ESQ. SBN: 094120
2  MARGOLIS & TISMAN LLP
   601 Montgomery Street, Suite 2030
3  Telephone: (415) 986-2144
   Facsimile: (415) 986-4461
4  Email: rlieber@winlaw.com
          nakim@winlaw.com
5
   Attorneys for Defendant
6  INDUSTRIAL LIGHT AND MAGIC, a division of
   LUCASFILM ENTERTAINMENT COMPANY LTD.
7

8  ANDREW F. PIERCE, ESQ. SBN: 101889
   STACY NORTH, ESQ. SBN: 219034
9  PIERCE & SHEARER LLP
   2483 E. Bayshore Road, Suite 202
10 Palo Alto, CA 94303
   Telephone: (650) 843-1900
11 Facsimile: (650) 843-1999
   Email: apierce@pierceshearer.com
12        stacy@pierceshearer.com

13 Attorneys for Plaintiff
   DREW KLAUSNER
14

15                     **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17                            **OAKLAND DIVISION**

18

| | |
|---|---|
| 19  DREW KLAUSNER; | Case No. **CV 09-03502-CW** |
| 20            Plaintiff, | **STIPULATION & ORDER EXTENDING EXPERT WITNESS DEADLINES; DECLARATION OF NAKI M. IRVIN** |
| 21       v. | |
| 22  | **[Civ. L.R. 6-2]** |
| 23  INDUSTRIAL LIGHT AND MAGIC, a division of LUCASFILM ENTERTAINMENT COMPANY LTD. and DOES 1 through 25, inclusive, | |
| 25  | Action Filed: July 30, 2009 |
|     Defendants. | Trial Date: April 11, 2011 |

27

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATION & [PROPOSED] ORDER EXTENDING EXPERT WITNESS DEADLINES     Case No. CV 09-03502-CW

Printed on Recycled Paper

**STIPULATION OF THE PARTIES**

WHEREAS, the deadline to disclose the identities and reports of expert witnesses in this case is currently August 31, 2010, and the deadline to complete expert discovery is October 1, 2010;

WHEREAS, the trial of this action is not scheduled to begin until April 11, 2011;

WHEREAS, Defendant's motion for summary judgment or, in the alternative, summary adjudication is scheduled for hearing on September 16, 2010;

WHEREAS, the Parties desire to prevent unnecessary expenditures of expert fees and delay preparation of expert reports until after Defendant's summary judgment motion is heard;

WHEREAS, continuing the expert discovery deadlines would not delay the trial date or otherwise affect the schedule for this case;

THEREFORE, pursuant to Civil Local Rule 6-2, the Parties to this action, by and through their counsel of record, do HEREBY STIPULATE AND REQUEST THE COURT TO ORDER as follows:  (1) The deadline to disclose the identities and reports of expert witnesses is extended from August 31, 2010 to <u>October 29, 2010</u>; and (2) The deadline to complete expert discovery is extended from October 1, 2010 to <u>December 1, 2010</u>.

IT IS SO STIPULATED.

DATED: August 20, 2010        MARGOLIS & TISMAN LLP

                              By:   /s/ Naki M. Irvin
                                    NAKI M. IRVIN

                              Attorneys for Defendant
                              INDUSTRIAL LIGHT AND MAGIC, a
                              division of LUCASFILM ENTERTAINMENT
                              COMPANY LTD.

DATED: August 20, 2010        PIERCE & SHEARER LLP

                              By:   /s/ Stacy North
                                    STACY NORTH

                              Attorneys for Plaintiff
                              DREW KLAUSNER

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATION & [PROPOSED] ORDER EXTENDING EXPERT WITNESS DEADLINES        Case No. CV 09-03502-CW

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

(1) The deadline to disclose the identities and reports of expert witnesses is extended from August 31, 2010 to October 29, 2010; and

(2) The deadline to complete expert discovery is extended from October 1, 2010 to December 1, 2010.

DATED: 8/24/2010

_____
HON. CLAUDIA WILKEN
United States District Court Judge

2

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

**STIPULATION & [PROPOSED] ORDER EXTENDING EXPERT WITNESS DEADLINES**   Case No. CV 09-03502-CW

Printed on Recycled Paper

# DECLARATION OF NAKI M. IRVIN

I, Naki M. Irvin, hereby declare and state as follows:

1. I have personal knowledge of the facts set forth below.

2. I am a partner with Margolis & Tisman LLP, which is counsel of record in this action for Defendant Industrial Light & Magic, a division of Lucasfilm Entertainment Company Ltd. ("Defendant"). Pursuant to Civil Local Rule 6-2(a), I am making this declaration to accompany the parties' stipulated request for an order extending the expert witness deadlines in this case.

3. The reason for the requested enlargement of time is that Plaintiff's counsel requested extending the expert deadlines to delay incurring expert fees and to delay preparation of expert reports until Defendant's summary judgment motion is heard. Defendant agreed to the requested extension.

4. The only prior time modifications in this case have related to the fact and expert discovery deadlines.

5. The requested time modification will not delay the trial, which is not scheduled to begin until April 11, 2010, or otherwise affect the schedule for this case.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed this 20th day of August, 2010, at San Francisco, California.

      /s/ Naki M. Irvin
NAKI M. IRVIN

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111