Andrew F. Pierce, Esq. (State Bar No. 101889)
Stacy North, Esq. (State Bar No. 219034)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA  94303
Phone (650) 843-1900
Fax     (650) 843-1999
E-Mail:  apierce@pierceshearer.com
          stacy@pierceshearer.com

Attorneys for Plaintiff DREW KLAUSNER


ROBERT M. LIEBER, ESQ.  SBN: 039976
NAKI M. IRVIN, ESQ. SBN: 094120
MARGOLIS & TISMAN LLP
601 Montgomery Street, Suite 2030
Telephone: (415) 986-2144
Facsimile: (415) 986-4461
Email: rlieber@winlaw.com
nakim@winlaw.com

Attorneys for Defendant
INDUSTRIAL LIGHT AND MAGIC, a division of
LUCASFILM ENTERTAINMENT COMPANY LTD.

<strong>PIERCE & SHEARER LLP</strong><br>2200 Geng Road, Suite 230, Palo Alto, CA 94303<br>PHONE (650) 843-1900 • FAX (650) 843-1999

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| DREW KLAUSNER, an individual,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>LUCAS FILM ENTERTAINMENT COMPANY LTD, a California corporation; INDUSTRIAL LIGHT & MAGIC, a California corporation; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No.  C 09-03502 CW<br><br>**STIPULATION FOR ODER TO FILE CORRECTED DECLARATION OF STACY NORTH IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION** |

**PIERCE & SHEARER LLP**
2200 Geng Road, Suite 230, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION OF THE PARTIES

WHEREAS, on August 26, 2010, Plaintiff filed the Declaration of Stacy North in Support of Opposition to Defendant's Motion for Summary Judgment or, Alternatively, Summary Adjudication, Docket No. 48 ("North Declaration");

WHEREAS, excerpts from the Deposition of Michael Van Eps ("Van Eps Deposition") were attached to the North Declaration as Exhibit 2, including several exhibits that Defendant designated as Confidential or Attorneys' Eyes Only (the "Confidential Exhibits") under the Protective Order that the Court entered on March 22, 2010 (Docket # 29);

WHEREAS, Plaintiff does not agree with the appropriateness of the "Confidential" and "Attorneys Eyes Only" designations on the Confidential Exhibits;

WHEREAS, Defendant asserts that the Confidential Exhibits are appropriately designated because they include private employment information, including performance rankings, of non-parties;

WHEREAS, the Confidential Exhibits contain, among other things, the names of Defendant's employees;

WHEREAS, Defendant has requested, and Plaintiff is agreeable, to removing the North Declaration from the docket, redacting the employees' names from the Confidential Exhibits, and filing a Corrected North Declaration with redacted versions of the Confidential Exhibits;

WHEREAS, filing a Corrected North Declaration will not delay the summary judgment hearing, which is scheduled for September 16, 2010, or otherwise affect the schedule for this case.

THEREFORE, the Parties to this action, by and through their counsel of record, hereby stipulate and request the Court to order that the North Declaration, Docket No. 48, be withdrawn from the docket, and that Plaintiff be permitted to file a Corrected North Declaration (only with respect to redacting the employees' names from the Confidential Exhibits).

//

//

//

//

**STIPULATION FOR ORDER TO FILE CORRECTED DECLARATION OF STACY NORTH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

IT IS SO STIPULATED.


DATED: _____, 2010          PIERCE & SHEARER LLP

By:   _____
STACY Y. NORTH
Attorneys for Plaintiff
DREW KLAUSNER


DATED: _____, 2010          MARGOLIS & TISMAN LLP

By:   _____
ROBERT M. LIEBER
Attorneys for Defendant
INDUSTRIAL LIGHT AND MAGIC, a
division of LUCASFILM ENTERTAINMENT
COMPANY LTD.


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 9/9/2010          _____
HON. CLAUDIA WILKEN
United States District Court Judge

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

STIPULATION FOR ORDER TO FILE CORRECTED DECLARATION OF STACY NORTH IN SUPPORT
OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT