ROBERT M. LIEBER, ESQ. SBN: 039976
NAKI M. IRVIN, ESQ. SBN: 094120
MARGOLIS & TISMAN LLP
601 Montgomery Street, Suite 2030
Telephone: (415) 986-2144
Facsimile: (415) 986-4461
Email: rlieber@winlaw.com
       nakim@winlaw.com

Attorneys for Defendant
INDUSTRIAL LIGHT AND MAGIC, a division of
LUCASFILM ENTERTAINMENT COMPANY LTD.

ANDREW F. PIERCE, ESQ. SBN: 101889
STACY NORTH, ESQ. SBN: 219034
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303
Telephone: (650) 843-1900
Facsimile: (650) 843-1999
Email: apierce@pierceshearer.com
       stacy@pierceshearer.com

Attorneys for Plaintiff
DREW KLAUSNER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DREW KLAUSNER;<br><br>        Plaintiff,<br><br>    v.<br><br>INDUSTRIAL LIGHT AND MAGIC, a division of LUCASFILM ENTERTAINMENT COMPANY LTD. and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. **CV 09-03502-CW**<br><br>**STIPULATION & ORDER EXTENDING EXPERT WITNESS DEADLINES; DECLARATION OF ROBERT M. LIEBER**<br><br>**[Fed. R. Civ. Proc. 29; Civ. L.R. 6-2]**<br><br>Action Filed: July 30, 2009<br>Trial Date: April 11, 2011 |

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

**STIPULATION & [PROPOSED] ORDER EXTENDING EXPERT WITNESS DEADLINES**    Case No. CV 09-03502-CW

## STIPULATION OF THE PARTIES

WHEREAS, the deadline to disclose the identities and reports of expert witnesses in this case is currently October 29, 2010, and the deadline to complete expert discovery is December 1, 2010;

WHEREAS, the trial of this action is not scheduled to begin until April 11, 2011;

WHEREAS, Defendant's motion for summary judgment was heard on September 16, 2010, and is currently pending;

WHEREAS, the Parties have agreed to participate in a mediation on December 6, 2010 to determine if settlement of this case is possible;

WHEREAS, the Parties desire to prevent unnecessary expenditures of expert fees pending the mediation and the order on Defendant's motion for summary judgment;

WHEREAS, continuing the expert discovery deadlines will not delay the trial date or otherwise affect the schedule for this case;

THEREFORE, pursuant to Federal Rule of Civil Procedure 29 and Civil Local Rule 6-2, the Parties to this action, by and through their counsel of record, do HEREBY STIPULATE AND REQUEST THE COURT TO ORDER as follows:

(1) The deadline to disclose the identities and reports of expert witnesses is extended from October 29, 2010 to <u>December 17, 2010</u>; and

(2) The deadline to complete expert discovery is extended from December 1, 2010 to <u>January 28, 2010</u>.

IT IS SO STIPULATED.

DATED: October 27, 2010                MARGOLIS & TISMAN LLP

                                       By:    /s/ Robert M. Lieber
                                              ROBERT M. LIEBER

                                       Attorneys for Defendant
                                       INDUSTRIAL LIGHT AND MAGIC, a
                                       division of LUCASFILM ENTERTAINMENT
                                       COMPANY LTD.

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

1

STIPULATION & [PROPOSED] ORDER EXTENDING EXPERT WITNESS DEADLINES        Case No. CV 09-03502-CW

DATED: October 28, 2010 　　　　　　　PIERCE & SHEARER LLP

　　　　　　　　　　　　　　　　　　　By:　　/s/ Stacy North
　　　　　　　　　　　　　　　　　　　　　　STACY NORTH

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　DREW KLAUSNER

### ORDER

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.

　　　　(1) The deadline to disclose the identities and reports of expert witnesses is extended from October 29, 2010 to December 17, 2010; and

　　　　(2) The deadline to complete expert discovery is extended from December 1, 2010 to January 28, 2010.

DATED: **November 1, 2010**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Court Judge

2

**STIPULATION & [PROPOSED] ORDER EXTENDING EXPERT WITNESS DEADLINES**　　Case No. CV 09-03502-CW

## DECLARATION OF ROBERT M. LIEBER

I, Robert M. Lieber, hereby declare and state as follows:

1. I have personal knowledge of the facts set forth below.

2. I am a partner with Margolis & Tisman LLP, which is counsel of record in this action for Defendant Industrial Light & Magic, a division of Lucasfilm Entertainment Company Ltd. ("Defendant"). Pursuant to Civil Local Rule 6-2(a), I make this declaration to accompany the parties' stipulated request for an order extending the expert witness deadlines in this case.

3. The reason for the requested enlargement of time is to prevent unnecessary expenditures of expert fees pending mediation of this case and the order on Defendant's motion for summary judgment.

4. The only prior time modifications in this case have related to fact and expert discovery deadlines.

5. The requested time modification will not delay the trial, which is not scheduled to begin until April 11, 2010, or otherwise affect the schedule for this case.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed this 28th day of October, 2010, at San Francisco, California.

    /s/ Robert M. Lieber
ROBERT M. LIEBER

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY STREET
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

3

**STIPULATION & [PROPOSED] ORDER EXTENDING EXPERT WITNESS DEADLINES**        Case No. CV 09-03502-CW

Printed on Recycled Paper